COMMISSIONER OF INTERNAL REVENUE v. FIDELITY & COLUMBIA TRUST CO., Executor of ESTATE of James A. SHUTTLEWORTH.

No. 6071.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1932.

C. M. Charest, of Washington, D. C., for petitioner.

Wm. Marshall Bullitt, of Louisville, Ky., for respondent.

PER CURIAM.

Order of Board of Tax Appeals modified, and cause remanded for entry of final order pursuant to stipulation of counsel.

COMMISSIONER OF INTERNAL REVENUE v. W. D. GOVER.

No. 6172.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1932.

C. M. Charest, of Washington, D. C., for petitioner.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for petitioner.

COMMISSIONER OF INTERNAL REVENUE v. J. Hampton HOULT and Martin J. Dregge.

No. 6233.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1932.

C. M. Charest, of Washington, D. C., for petitioner.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for petitioner.

COMMISSIONER OF INTERNAL REVENUE v. Benj. Franklin PATTERSON.

No. 6035.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

C. M. Charest, of Washington, D. C., for petitioner.

B. G. Watson, of Columbus, Ohio, for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for petitioner.

COMMISSIONER OF INTERNAL REVENUE v. Eugene SIEGEL, Executor of Estate of Jacob Siegel.

No. 6034.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

C. M. Charest, of Washington, D. C., for petitioner.

Fred R. Angevine, of New York City, for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for petitioner.